```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    JENNIFER A. CORBET (SBN 208241)
 4  Assistant United States Attorney
    OCDETF Section
 5       1400 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone:  (213) 894-3752
 7       Facsimile:  (213) 894-0142
         E-mail: jennifer.corbet@usdoj.gov
 8
    Attorneys for Plaintiff
 9  United States of America
```

FILED
CLERK, U.S. DISTRICT COURT
MAY 14 2009
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR 09-00471 |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S MOTION TO SEAL THE INDICTMENT, CORRESPONDING PARTIAL REPORT AND OTHER DOCUMENTS FILED BY GOVERNMENT; DECLARATION OF JENNIFER A. CORBET |
| v. | ) | |
| VINCENT ANTHONY RAMIREZ, et al., | ) | |
| Defendants. | ) | [UNDER SEAL] |

Plaintiff United States of America, moves this Court for an Order that the indictment, corresponding partial report, case summaries, authorization for indictment, memorandum re district judges' conflict, memorandum re magistrate judges' conflict, notices of request for detention, this application, and any other documents filed by the government in this case be kept secret and under seal until such time as one of the defendants has been placed in custody and made their initial appearance on the

//
//
//

1 | charges in this case.  This motion is based upon Rule 6(e)(4) of
2 | the Federal Rules of Criminal Procedure, and upon the attached
3 | Declaration of Jennifer A. Corbet.
4 | DATED: May 13, 2009           Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

_____
JENNIFER A. CORBET
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

**DECLARATION OF JENNIFER A. CORBET**

I, Jennifer A. Corbet, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in this case.

2. The defendants have not been taken into custody on the charge(s) contained in the indictment and have not been informed that they are being named as defendants in the indictment to be presented to the grand jury in this matter. The likelihood of apprehending one or more of the defendants might be jeopardized if the indictment in this case was made publicly available before the defendants are taken into custody on the indictment.

3. Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrants) be sealed and remain so until one of the defendants is taken into custody on the charges contained in the indictment.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: 5/13/09

JENNIFER A. CORBET